UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>T-MOBILE NORTHEAST, LLC,<br><br>        Defendant. | Civil Action No.:<br><br>**NOTICE OF REMOVAL**<br><br>*Document Electronically Filed* |

TO: Clerk
    United States District Court
    Martin Luther King Building & U.S. Courthouse
    50 Walnut Street, Room 4015
    Newark, NJ 07101

    Clerk, Law Division
    Superior Court of New Jersey
    Morris County Courthouse
    Washington & Court Streets
    Morristown, NJ 07960

    Michael J. Marone, Esq.
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    1300 Mt. Kemble Avenue
    Morristown, NJ 07962

    Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant T-Mobile Northeast, LLC ("T-Mobile Northeast"), by and through its counsel of record, and without waiving any rights or defenses, hereby gives notice of removal of the above-titled action to the United States District Court for the District of New Jersey. As grounds for removal, T-Mobile Northeast states as follows:

3755936

1. On July 27, 2017, Plaintiff Selective Insurance Company of America ("Selective") filed a Complaint in the Superior Court of New Jersey, Law Division for Morris County, entitled *Selective Insurance Company of America v. T-Mobile Northeast, LLC*, Docket No. MRS-L-001645-17 (the "State Court Action").

2. On the same date, T-Mobile Northeast received a copy of the Summons and Complaint in the State Court Action. Attached hereto as **Exhibit A** are true and correct copies of the documents T-Mobile Northeast received on July 27, 2017.

3. This Notice of Removal is timely filed within thirty (30) days after service or receipt of a copy of the initial pleading pursuant to 28 U.S.C. § 1446(b).

4. Selective's Complaint seeks a declaratory judgment that Selective has no duty to defend or indemnify T-Mobile Northeast under the terms of a policy of insurance issued by Selective to Innovative Engineering, Inc. and under which T-Mobile Northeast is entitled to defense and indemnity coverage as an additional insured.

5. The Complaint alleges Selective "is an insurance company organized under the laws of the State of New Jersey and maintains its headquarters and principal place of business at 40 Wantage Avenue, Branchville, New Jersey." Ex. A at ¶ 1

6. T-Mobile Northeast is not a citizen of the State of New Jersey.

7. At the time this action was commenced, T-Mobile Northeast was and remains a Delaware corporation organized under the laws of the State of Delaware and is a wholly owned subsidiary of T-Mobile USA, Inc., headquartered in Washington State.

8. Therefore, there is complete diversity under 28 U.S.C. § 1332(a)(1).

9. More than $75,000, exclusive of interest and costs, is in controversy in this action.

10. Accordingly, this action is subject to removal to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1332 based on diversity jurisdiction.

11. Venue is appropriate in the District of New Jersey because the Superior Court of New Jersey, Law Division for Morris County is located within this judicial district and division. 28 U.S.C. § 1441(a).

12. A copy of this Notice of Removal will be promptly served on counsel for Selective pursuant to 28 U.S.C. § 1446(d).

13. A copy of this Notice of Removal will also be promptly filed with the Clerk of the Superior Court of New Jersey, Law Division for Morris County, and notice of removal provided therewith pursuant to 28 U.S.C. § 1446(d).

14. By this Notice of Removal, T-Mobile Northeast does not waive and hereby expressly reserves any defenses it may have, including but not limited to any defenses that may be asserted pursuant to Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, T-Mobile Northeast prays that the above-titled action now pending in the Superior Court of New Jersey, Law Division for Morris County, be removed to the United State District Court for the District of New Jersey, and that said action stand so removed.

SIGNED in accord with Rule 11 of the Federal Rules of Civil Procedure this 25th day of August, 2017.

Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**
Attorneys for Defendant
T-Mobile Northeast, LLC
100 Southgate Parkway
Post Office Box 1997
Morristown, New Jersey  07962-1997
(973) 538-4006

By: <u>s/Charles J. Stoia</u>
     Charles J. Stoia

3755936

Michael A. Moore (*Pro Hac Vice petition to be submitted*)
Kelly H. Sheridan (*Pro Hac Vice petition to be submitted*)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail:   mmoore@corrcronin.com
          ksheridan@corrcronin.com

*Attorneys for Defendant*

3755936