UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE NORTHEAST, LLC,<br><br>Defendant. | Civil Action No.: No. 2:17-cv-06420-MCA-MCH<br><br>**DEFENDANT T-MOBILE NORTHEAST, LLC'S NOTICE OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(h)(3)**<br><br>*Oral Argument Requested* |

TO:   Michael J. Marone, Esq.
      Eric G. Siegel, Esq.
      McElroy, Deutsch, Mulvaney & Carpenter, LLP
      1300 Mt. Kemble Avenue
      Morristown, NJ 07962
      Attorneys for Plaintiff

COUNSEL:

**PLEASE TAKE NOTICE** that on May 4, 2020, or as soon as counsel may be heard, the undersigned attorneys for Defendant T-Mobile Northeast, LLC, shall move before the Court, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order dismissing Plaintiff's Complaint with prejudice under Fed. R. Civ. P. 12(b)(1) and 12(h)(3).

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, movant shall rely upon the accompanying Brief, Certification and Exhibits in Support of Defendant's Motion; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting the relief requested is submitted herewith in accordance with the provisions of L. Civ. R. 7.1(e).

4422432

**PLEASE TAKE FURTHER NOTICE** that the Defendant *requests oral argument.*

Dated:  February 28, 2020          Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**

s/*Charles J. Stoia*
Charles J. Stoia, ESQ.
100 Southgate Parkway
Morristown, NJ  07962-1997
Tel:  (973) 538-4006
cjstoia@pbnlaw.com

**CORR, CRONIN, MICHELSON, BAUMGARDNER, FOGG & MOORE, LLP**
1001 Fourth Avenue, Ste. 3900
Seattle, WA 98154
Tel: (206) 625-8600
mmoore@corrcronin.com
ksheridan@corrcronin.com
Michael A. Moore *(Pro Hac Vice)*
Kelly H. Sheridan *(Pro Hac Vice)*

Attorneys for Defendant

T-Mobile Northeast, LLC

4422432

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the within document in support of Defendant T-Mobile Northeast, LLC's Motion to Dismiss Plaintiff's Complaint with prejudice, and proposed form of Order with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Plaintiff's counsel of record. Transmission of the notice of electronic filing constitutes service of filed documents pursuant to L. Civ. R. 5.2(14)(b)(1).

                                               *s/ Charles J. Stoia*
                                               Charles J. Stoia, Esq.

Dated:  February 28, 2020

4422432